UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
April 21, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACQUELINE MARIE MARQUEZ,<br><br>Defendant. | Case No. 2:21-cr-00093-WBS<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  JACQUELINE MARIE MARQUEZ ,

Case No. 2:21-cr-00093-WBS  Charge 18 USC § 1349 , from custody for the following reasons:

      Release on Personal Recognizance

      Bail Posted in the Sum of $

__X__ Unsecured Appearance Bond $ 50,000

      Appearance Bond with 10% Deposit

      Appearance Bond with Surety

      Corporate Surety Bail Bond

__X__ (Other): Defendant's release is delayed until 04/25/2022 at 9:00 AM.

Issued at Sacramento, California on April 21, 2022 at 3:00 PM.

By: *Allison Claire*

Magistrate Judge Allison Claire