1   JOHN BALAZS, Bar #157287
    Attorney at Law
2   916 2nd Street, Suite F
    Sacramento, California 95814
3   Telephone: (916) 447-9299
    John@Balazslaw.com
4
    Attorney for Defendant
5   JACQUELINE MARIE MARQUEZ

6

7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          No.  2:21-CR-0093-02 WBS

12              Plaintiff,              STIPULATION AND ORDER

13       v.

14   JACQUELINE MARQUEZ.,

15              Defendant.

16

17          Defendant Jacqueline Marie Marquez, through his counsel, and the United States, through

18   its counsel, stipulate and request that the Court continue the sentencing in this matter from July

19   25, 2022 to October 17, 2022, at 9:00 a.m.

20                                      Respectfully submitted,

21   Dated: May 12, 2022               /s/ John Balazs
                                       JOHN BALAZS
22

23                                     Attorney for Defendant
                                       JACQUELINE MARIE MARQUEZ
24

25                                     PHILLIP A. TALBERT
                                       U.S. Attorney
26   Dated: May 12, 2022

27                               By:   /s/ Robert J. Artuz
                                       ROBERT J. ARTUZ
28

1

**ORDER**

2

IT IS SO ORDERED.

3

Dated:  May 16, 2022

4

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28