1   JOHN BALAZS, Bar #157287
    Attorney at Law
2   916 2nd Street, Suite F
    Sacramento, California 95814
3   Telephone: (916) 447-9299
    John@Balazslaw.com
4
    Attorney for Defendant
5   JACQUELINE MARIE MARQUEZ

6

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            No.  2:21-CR-0093-02 WBS

12            Plaintiff,                 STIPULATION AND ORDER

13      v.

14  JACQUELINE MARQUEZ.,

15            Defendant.

16

17          Defendant Jacqueline Marie Marquez, through his counsel, and the United States, through

18  its counsel, stipulate and request that the Court continue the sentencing hearing in this matter

19  from October 17, 2022 to December 12, 2022, at 9:00 a.m.

20                                       Respectfully submitted,

21  Dated: August 29, 2022                /s/ John Balazs
                                         JOHN BALAZS
22

23                                       Attorney for Defendant
                                         JACQUELINE MARIE MARQUEZ
24

25                                       PHILLIP A. TALBERT
                                         U.S. Attorney
26  Dated: August 29, 2022

27                                 By:   /s/ Robert J. Artuz
                                         ROBERT J. ARTUZ
28

1

**ORDER**

2

IT IS SO ORDERED.

3

Dated:  September 1, 2022

4

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28