Daniel B. Olmos (SBN: 235319)
Nolan Barton & Olmos, LLP
430 D Street
Davis, CA 95616
(650) 326-2980 (t)
(650) 326-9704 (f)
dolmos@nbo.law
Attorney for Ebony Chanel Jones

John P. Balazs
Law Office of John P. Balazs
916 2nd Street, Suite F
Sacramento, CA 95814
(916) 447-9299 (t)
(916) 557-1118 (f)
balazslaw@gmail.com
Attorney for Jaqueline Marie Marquez

Shari G. Rusk, Attorney at Law
559 Jones Way
Sacramento, CA 95818
(916) 804-8656
rusklaw@att.net
Attorney for Alyssa Marie Jones

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EBONY CHANEL JONES, JACQUELINE MARIE MARQUEZ AND ALYSSA MARIE JONES, et al.,<br><br>Defendants. | Case No. 2:21-cr-93-WBS<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARINGS FOR DEFENDANTS EBONY JONES, JACQUELINE MARQUEZ, AND ALYSSA JONES** |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Robert Artuz, and Defendants Ebony Chanel Jones, Jacqueline Marie Marquez, and Alyssa Marie Jones, through their undersigned counsel, that the sentencing hearings for these three defendants be continued from their current dates to **January 30, 2023**. Defendant Ebony Chanel Jones' current sentencing date is October 24, 2022; Jacqueline Marquez's current sentencing date is December 12, 2022; and defendant Alyssa Jones' current sentencing date is October 3, 2022.

The parties stipulate to the following schedule:

| | |
|---|---|
| The draft Presentence Report shall be disclosed to counsel no later than: | December 19, 2022 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | December 30, 2022 (January 2 is a holiday) |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | January 9, 2023 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | January 16, 2023 |
| Reply, or Statement of Non-Opposition: | January 23, 2003 |
| Judgment and Sentencing Date: | January 30, 2023 |

IT IS SO STIPULATED.

Dated: September 29, 2022         NOLAN BARTON & OLMOS, LLP

                                  /s/ *Daniel B. Olmos*
                                  Daniel B. Olmos
                                  Attorney for Defendant Ebony Chanel Jones


Dated: September 29, 2022         LAW OFFICE OF JOHN P. BALAZS

                                  /s/ *John Paul Balazs*
                                  John Paul Balazs
                                  Attorney for Defendant Jacqueline Marie Marquez


Dated: September 29, 2022         SHARI G. RUSK, ATTORNEY AT LAW

                                  /s/ *Shari G. Rusk*
                                  Shari G. Rusk
                                  Attorney for Defendant Alyssa Marie Jones


Dated: September 29, 2022         PHILLIP A. TALBERT
                                  United States Attorney

                                  By:  /s/ *Robert J. Artuz*
                                  Robert J. Artuz
                                  Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EBONY CHANEL JONES, JACQUELINE MARIE MARQUEZ, AND ALYSSA MARIE JONES,<br><br>Defendants. | Case No. 2:21-cr-93-WBS<br><br>**ORDER TO CONTINUE SENTENCING HEARINGS** |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to the stipulation by the parties, it is hereby ordered that the sentencing hearings for Defendants Ebony Chanel Jones, Jacqueline Marie Marquez, and Alyssa Marie Jones be continued from their current dates to **January 30, 2023, at 9:00 a.m**. The date of January 30, 2023, shall replace the current sentencing dates which are as follows: Defendant Ebony Chanel Jones: October 24, 2022; Defendant Jacqueline Marquez: December 12, 2022; and Defendant Alyssa Jones: October 3, 2022.

The Court hereby orders the following schedule for Defendants Ebony Chanel Jones, Jacqueline Marie Marquez, and Alyssa Marie Jones:

| | |
|---|---|
| The draft Presentence Report shall be disclosed to counsel no later than: | December 19, 2022 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | December 30, 2022 (January 2 is a holiday) |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | January 9, 2023 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | January 16, 2023 |
| Reply, or Statement of Non-Opposition: | January 23, 2023 |
| Judgment and Sentencing Date: | January 30, 2023, 9:00 a.m. |

Dated: September 30, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE