| | |
|---|---|
| 1 | JOHN BALAZS, Bar #157287 |
| | Attorney at Law |
| 2 | 916 2nd Street, Suite F |
| | Sacramento, California 95814 |
| 3 | Telephone: (916) 447-9299 |
| | John@Balazslaw.com |
| 4 | |
| | Attorney for Defendant |
| 5 | JACQUELINE MARIE MARQUEZ |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:21-CR-0093-WBS |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARINGS FOR DEFENDANTS JACQUELINE MARQUEZ, EBONY JONES, AND ALYSSA JONES |
| v. | |
| JACQUELINE MARIE MARQUEZ, EBONY CHANEL JONES, and ALYSSA MARIE JONES, | Sentencing Hearings: |
| Defendants. | Date: April 3, 2023 |
| | Time: 9:00 a.m. |
| | Hon. William B. Shubb |

Defendants Jacqueline Marie Marquez, Ebony Chanel Jones, and Alyssa Marie Jones, through their respective counsel, and the United States, through its counsel, stipulate and request that the Court continue the sentencing hearings in this matter from January 30, 2023 to April 3, 2023 and adopt the following schedule:

| | |
|---|---|
| Draft Presentence Report Due: | February 13, 2023 |
| Informal Objections Due: | February 27, 2023 |
| Final Presentence Report Due: | March 13, 2023 |
| Formal Objections Due: | March 20, 2023 |

| | |
|---|---|
| Reply, or Statement of Non-Opposition Due: | March 27, 2023 |
| Judgment and Sentencing: | April 3, 2023, 9:00 a.m. |

IT IS SO STIPLUATED.

Respectfully submitted,

Dated: December 29, 2022

/s/ John Balazs
JOHN BALAZS
Attorney for Defendant
JACQUELINE MARIE MARQUEZ

Dated: December 29, 2022

/s/ Daniel B. Olmos
DANIEL B. OLMOS
Attorney for Defendant
Ebony Chanel Jones

Dated: December 29, 2022

/s/ Shari G. Rusk
SHARI G. RUSK
Attorney for Defendant
Alyssa Marie Jones

PHILLIP A. TALBERT
U.S. Attorney

Dated: December 29, 2022

By:  /s/ Jessica Delaney
JESSICA DELANEY
Assistant U.S Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  December 29, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE