PHILLIP A. TALBERT
United States Attorney
JESSICA DELANEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALYSSA MARIE JONES<br>EBONY CHANEL JONES, and<br>JAQUELINE MARIE MARQUEZ<br><br>Defendants. | CASE NO. 2:21-CR-00093-WBS;<br><br>STIPULATION REGARDING CONTINUANCE OF SENTENCING AND DISPOSITION HEARING; ORDER<br><br>DATE: April 3, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendants Alyssa Marie Jones, Ebony Chanel Jones, and Jaqueline Marie Marquez, by and through their respective counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a sentencing and disposition hearing on April 3, 2023.

2. By this stipulation, the parties now move to continue the sentencing and disposition hearing until April 24, 2023. This continuance was requested and approved by the probation officer.

3. The parties further agree and stipulate to the following:

   a) March 13, 2023: Draft PSR

   b) March 27, 2023: Informal Objections

   c) April 3, 2023: Final PSR

STIPULATION REGARDING SENTENCING/DISPOSITION       1

      d)     April 10, 2023: Formal Objections

      e)     April 17, 2023: Reply / Non-Opposition

      f)     April 24, 2023 at 9:00 a.m.: Sentencing and disposition

IT IS SO STIPULATED.

Dated: February 23, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ JESSICA DELANEY
JESSICA DELANEY
Assistant United States Attorney

Dated: February 23, 2023

/s/ SHARI RUSK
SHARI RUSK
Counsel for Defendant
ALYSSA MARIE JONES

Dated: February 23, 2023

/s/ DANIEL OLMOS
DANIEL OLMOS
Counsel for Defendant
EBONY CHANEL JONES

Dated: February 23, 2023

/s/ JOHN BALAZS
JOHN BALAZS
Counsel for Defendant
JAQUELINE MARIE MARQUEZ

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: February 27, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE